# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CARL D. EDWARDS,                          )
                                          )     Case No. 2:14-cv-01070-RFB-NJK
                    Plaintiff,            )
                                          )     ORDER
vs.                                       )
                                          )
EAGLE QUEST, INC., et al.,                )     (Docket Nos. 2, 3)
                                          )
                    Defendants.           )
_____ )

     On June 30, 2014, Plaintiff filed a motion to extend prison copy work limit and a motion for service. Docket Nos. 2, 3. These motions are premature at this time, however, as the Court has not yet determined whether Plaintiff's Complaint (Docket No. 1-1) states a claim upon which relief can be granted. See 28 U.S.C. § 1915(d). The Court therefore DENIES without prejudice Plaintiff's motion to extend prison copy work limit and motion for service. Docket Nos. 2, 3.

     IT IS SO ORDERED.

     DATED: August 20, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge